## FORMER EMPLOYEES OF DE-ZURIK CORP., Plaintiffs–Appellants,

v.

## Elaine CHAO, Secretary of Labor, Defendant–Appellee.

### No. 02–1320.

United States Court of Appeals, Federal Circuit.

Jan. 22, 2004.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

## SINGLETON CONTRACTING CORPORATION, Appellant,

v.

## Les BROWNLEE, Acting Secretary of the Army, Appellee.

### No. 04–1119.

United States Court of Appeals, Federal Circuit.

Jan. 23, 2004.

### ORDER

On December 15, 2003, the court served Singleton Contracting Corporation ("Singleton") with notice of the requirements set forth in 28 U.S.C. § 1654 and Fed. Cir. R. 47.3. Singleton has failed to obtain counsel, and have said counsel file an entry of appearance.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) This appeal is hereby dismissed.

(2) Each side shall bear its own costs.